IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02790-REB-KLM

MOHAMED TOURE,

     Plaintiff,

v.

UNITED NATURAL FOODS, INC.,

     Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion for Stipulated Protective Order** [Docket No. 13; Filed December 19, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that the Protective Order [#13-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

     Dated:  December 20, 2012