IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02790-RM-KLM

MOHAMED TOURE,

    Plaintiff,

v.

UNITED NATURAL FOODS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Strike Plaintiff's Reply Opposition to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment** [Docket No. 29; Filed May 6, 2013] (the "Motion").  Defendant seeks to strike Plaintiff's Surreply [#27] filed in support of Plaintiff's opposition to Defendant's Motion for Summary Judgment [#21].  Surreplies are not contemplated by the Federal Rules of Civil Procedure or the Local Rules of Practice.  The Court is adequately advised of the issues on the parties' present briefings. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Surreply [#27] is **STRICKEN**.

    Dated:  May 10, 2013