**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil case no. 12-cv-02790-RM-KLM

MOHAMED TOURE,

      Plaintiff,

v.

UNITED NATURAL FOODS,

      Defendant.

_____

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE**
_____

This matter is before the Court on the August 23, 2013 Recommendation of United States

Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 34) that Defendant's Motion

for Summary Judgment (ECF No. 21) be granted.  In so doing, the Recommendation, if adopted,

resolves all claims at issue in this Title VII litigation.  The Recommendation is incorporated

herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within

fourteen days after being served with a copy of the Recommendation.  (ECF No. 34 at 24.)

Despite this advisement, no objections to the Recommendation have to date been filed by either

party.

The Court concludes that Judge Mix's analysis was thorough and sound, and that there is

no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note

("When no timely objection is filed, the court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 34) is ADOPTED in its entirety;

(2)     Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED; and

(3)     The Clerk is directed to enter judgment in favor of Defendant on all claims.

DATED this 30th day of May, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2