**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02790-RM-KLM

MOHAMED TOURE,

    Plaintiff,

v.

UNITED NATURAL FOODS,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Recommendation of Magistrate Judge [Doc. No. 35, filed May 30, 2014] of Judge Raymond P. Moore, it is

ORDERED that Recommendation of United States Magistrate Judge [Doc. No. 34, filed August 23, 2013] is ADOPTED in its entirety. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment [Doc. No. 21, filed March 6, 2013], is GRANTED. It is

FURTHER ORDERED that the Clerk is directed to enter judgment in favor of Defendant on all claims.

Dated at Denver, Colorado this 2nd day of June, 2014.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

By:  s/   Nicholas Richards

        Nicholas Richards
        Deputy Clerk